UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FILBERTO CHAVEZ,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. PROBATION OFFICER,<br><br>    Defendant. | 1:24-cv-01132-SAB<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 45 DAYS |

Plaintiff is a federal prisoner proceeding pro se in a civil rights action pursuant to <u>Bivens vs. Six Unknown Agents</u>, 403 U.S. 388 (1971). On September 23, 2024, Plaintiff filed a motion to proceed in forma pauperis on a form from the United States District Court for the Southern District of California, which is not supported by any certified copy of an inmate trust account statement. (ECF No. 2.) The motion is on the incorrect form and does not contain the necessary information and documentation for the Court to evaluate Plaintiff's request.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office shall send to plaintiff the form for application to proceed in forma pauperis;
2. Within **forty-five (45) days** of the date of service of this order, plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $405.00 filing fee for this action; and

1

3.  **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   **September 24, 2024**

UNITED STATES MAGISTRATE JUDGE